# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 3:05-CR-114-RCJ (RAM) |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | June 26, 2006 |
| MARK CAPENER, | ) | |
| Defendant. | ) | |

PRESENT:    THE HONORABLE ROBERT A. McQUAID, JR., U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   GINA MUGNAINI              REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Defendant has filed a Motion for Subpoenas (Doc. #112). The court has been advised that Plaintiff does not intend to file an Opposition to the Motion.

Defendant's Motion for Subpoenas (Doc. #112) is **GRANTED**.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:        /s/
         Deputy Clerk